UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: CHRISTINA CLAYTON  
    728 CO RD 71  
    THORSBY, AL 35171  

CASE NO: 17-30160-DHW

Soc. Sec. No. XXX-XX-4961  
    Debtor.

## INCOME WITHHOLDING ORDER

TO: HOMELAND ASSISTED LIVING  
    ATTN PAYROLL  
    149 1ST AVE  
    JEMISON, AL 35085

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that HOMELAND ASSISTED LIVING withhold from the wages, earnings, or other income of this debtor the sum of **$343.00 BI-WEEKLY** and remit all such funds withheld to:

    CHAPTER 13 TRUSTEE  
    17-30160-DHW CHRISTINA CLAYTON  
    P O BOX 613108  
    MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, January 24, 2017.

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge